# Court of Appeals
# of the State of Georgia

ATLANTA, __October 09, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1612. MEHARENA v. PERDUE FARMS, et al.**

We granted appellant's application for discretionary review of the superior court's order affirming the decision of the State Board of Workers' Compensation denying his claim for benefits. Following our review of the case, including the complete record on appeal, we conclude that the evidence supports the judgment of the court below. Thus, the application for discretionary appeal was improvidently granted, and accordingly, the order granting appellant's application is vacated and his appeal is hereby DISMISSED. See *Collier v. Dept. of Human Resources*, 196 Ga. App. 843, 844 (397 SE2d 632) (1990) (dismissing discretionary appeal as improvidently granted where full consideration of the record revealed no error in lower court's ruling).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/09/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*